E-FILED
Friday, 02 November, 2007 09:28:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHEAL HEARN, et al., )
)
)
)
Plaintiff, )
)
vs. )  No. _____
)  (Supplied by Clerk)
CLETUS SHAW, et al., )
)
)
)
Defendant(s) )

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, **Micheal Hearn**, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one)  Single __X__  Married ____  Separated ____  Divorced ____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (X)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

I have never been employed within IDOC

D. Have you received money from any other source, including judgments, in the last 6 months? Yes (X) No ( ) If yes, describe each source and state how much you received.

I have and do receive money from my family, approx. $100.00 a month

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $1.67

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

Withdrawals are marked on ledger. $9.33 for postage; $37.56 for Religious books; $19.28 for Court ordered filing fees. $2.00 for medical co-payment.

G. How much money do you have in private checking or savings accounts?

None.

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes (X) No ( )

If yes, describe the property and its approximate value:

I own a 1988 Buick Centry worth about $300.00, a T.V, a Walkman, typewriter, and a razor & beard trimmer all worth approx $375.00

I. Do you have any debts or obligations? Yes (X) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

I owe approx $1250.00 to a Dr. Rob Felthous of Carbondale, IL. I haven't nor am I paying anything to him.

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

None

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

None

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_M. G. Hearn_
SIGNATURE

_10-31-07_
DATE

2

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 1.67 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

Janet Jones
(Authorized Officer)

Pontiac Corr. Center
(Institution)

Acct Tech I
(Title)

DATE 10/31/07

**IMPORTANT:**
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Date: 10/31/2007     **Pontiac Correctional Center**     Page 1
Time: 9:06am     **Trust Fund**
d_list_inmate_trans_statement_composite     **Inmate Transaction Statement**

REPORT CRITERIA - Date: 04/30/2007 thru End;    Inmate: B82910    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B82910 Hearn, Michael G.**     **Housing Unit: PON-SP-08-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 48.51 |
| 05/01/07 | Mail Room | 01 MO/Checks (Not Held) | 121262 | 63061 | Hearn, Elizabeth | 50.00 | 98.51 |
| 05/02/07 | Point of Sale | 60 Commissary | 122703 | 242749 | Commissary | -68.90 | 29.61 |
| 05/07/07 | Point of Sale | 60 Commissary | 127731 | 243046 | Commissary | -8.12 | 21.49 |
| 05/10/07 | Payroll | 20 Payroll Adjustment | 130118 | | P/R month of 04/2007 | 12.75 | 34.24 |
| 05/14/07 | Point of Sale | 60 Commissary | 134731 | 243497 | Commissary | -33.35 | .89 |
| 05/14/07 | Mail Room | 01 MO/Checks (Not Held) | 134262 | 08651651632 | Hearn, Roger | 50.00 | 50.89 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505128, Pitney Bowes Bank, Inc, Inv. Date: 04/16/2007 | -.45 | 50.44 |
| 05/21/07 | Point of Sale | 60 Commissary | 141731 | 244261 | Commissary | -6.80 | 43.64 |
| 05/25/07 | Mail Room | 01 MO/Checks (Not Held) | 145225 | TR63089 | Hearn, E | 50.00 | 93.64 |
| 05/29/07 | Point of Sale | 60 Commissary | 149731 | 244896 | Commissary | -60.76 | 32.88 |
| 06/04/07 | Point of Sale | 60 Commissary | 155731 | 245286 | Commissary | -13.86 | 19.02 |
| 06/07/07 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2007 | 15.68 | 34.70 |
| 06/11/07 | Mail Room | 01 MO/Checks (Not Held) | 162262 | 08651653145 | Hearn, Brittany | 50.00 | 84.70 |
| 06/12/07 | Point of Sale | 60 Commissary | 163703 | 246161 | Commissary | -26.39 | 58.31 |
| 06/14/07 | Disbursements | 80 Postage | 165320 | Chk #63453 | 509451, Pitney Bowes Bank, Inc, Inv. Date: 06/04/2007 | -.49 | 57.82 |
| 06/15/07 | Disbursements | 88 Religious Books | 166320 | Chk #63513 | 06/15/07, Kazi Publications, Inv. Date: 06/15/2007 | -27.56 | 30.26 |
| 06/19/07 | Point of Sale | 60 Commissary | 170731 | 246749 | Commissary | -7.82 | 22.44 |
| 06/25/07 | Point of Sale | 60 Commissary | 176731 | 247149 | Commissary | -18.63 | 3.81 |
| 06/29/07 | Mail Room | 01 MO/Checks (Not Held) | 180262 | 08706481705 | Hearn, Elizabeth | 50.00 | 53.81 |
| 07/02/07 | Point of Sale | 60 Commissary | 183731 | 247615 | Commissary | -15.29 | 38.52 |
| 07/09/07 | Point of Sale | 60 Commissary | 190703 | 248040 | Commissary | -35.57 | 2.95 |
| 07/12/07 | Mail Room | 01 MO/Checks (Not Held) | 193262 | 63133 | Hearn, E | 50.00 | 52.95 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194120 | | P/R month of 06/2007 | 10.00 | 62.95 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 512689, Pitney Bowes Bank, Inc, Inv. Date: 07/13/2007 | -1.48 | 61.47 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 512158, Pitney Bowes Bank, Inc, Inv. Date: 07/05/2007 | -.49 | 60.98 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 512690, Pitney Bowes Bank, Inc, Inv. Date: 07/13/2007 | -.49 | 60.49 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 511864, Pitney Bowes Bank, Inc, Inv. Date: 07/02/2007 | -.49 | 60.00 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 511330, Pitney Bowes Bank, Inc, Inv. Date: 06/25/2007 | -.51 | 59.49 |
| 07/13/07 | Disbursements | 80 Postage | 194320 | Chk #63713 | 510972, Pitney Bowes Bank, Inc, Inv. Date: 06/20/2007 | -1.24 | 58.25 |
| 07/17/07 | Point of Sale | 60 Commissary | 198703 | 248722 | Commissary | -53.31 | 4.94 |
| 07/24/07 | Point of Sale | 60 Commissary | 205731 | 249442 | Commissary | -3.33 | 1.61 |
| 08/01/07 | Point of Sale | 60 Commissary | 213703 | 249843 | Commissary | -.84 | .77 |
| 08/03/07 | Mail Room | 01 MO/Checks (Not Held) | 215262 | 63155 | Hearn, Elizabeth | 80.00 | 80.77 |
| 08/07/07 | Point of Sale | 60 Commissary | 219731 | 250430 | Commissary | -72.52 | 8.25 |
| 08/13/07 | Payroll | 20 Payroll Adjustment | 225120 | | P/R month of 07/2007 | 10.00 | 18.25 |
| 08/15/07 | Disbursements | 80 Postage | 227320 | Chk #64057 | 515043, Pitney Bowes Bank, Inc, Inv. Date: 08/13/2007 | -.49 | 17.76 |
| 08/15/07 | Disbursements | 80 Postage | 227320 | Chk #64057 | 513598, Pitney Bowes Bank, Inc, Inv. Date: 07/23/2007 | -.49 | 17.27 |
| 08/16/07 | Point of Sale | 60 Commissary | 228703 | 251232 | Commissary | -5.10 | 12.17 |
| 08/27/07 | Disbursements | 88 Books | 239320 | Chk #64207 | 08/27/07, American Arab Messag, Inv. Date: 08/27/2007 | -10.00 | 2.17 |
| 08/31/07 | Mail Room | 01 MO/Checks (Not Held) | 243262 | 63187 | Hearn, Elizabeth | 50.00 | 52.17 |
| 09/04/07 | Point of Sale | 60 Commissary | 247731 | 252539 | Commissary | -48.18 | 3.99 |

Date: 10/31/2007
Time: 9:06am
d_list_inmate_trans_statement_composite

1:07-cv-01293-HAB-JAG    # 2    Page 5 of 6

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 04/30/2007 thru End;   Inmate: B82910;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B82910 Hearn, Michael G.**                           **Housing Unit: PON-SP-08-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/12/07 | Payroll | 20 Payroll Adjustment | 255120 | | P/R month of 08/2007 | 10.00 | 13.99 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 515855, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2007 | -.49 | 13.50 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 516048, Pitney Bowes Bank, Inc, Inv. Date: 08/23/2007 | -.17 | 13.33 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 516838, Pitney Bowes Bank, Inc, Inv. Date: 09/04/2007 | -.58 | 12.75 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 516128, DOC: Library Copies, Inv. Date: 08/23/2007 | -.45 | 12.30 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 517254, DOC: Library Copies, Inv. Date: 09/07/2007 | -.35 | 11.95 |
| 09/13/07 | Disbursements | 90 Medical Co-Pay | 256320 | Chk #64308 | 516628, DOC: 523 Fund Reimburs, Inv. Date: 08/29/2007 | -2.00 | 9.95 |
| 09/19/07 | Disbursements | 73 Court Ordered Fees | 262320 | Chk #64420 | 0009657, Clerk-Peoria Central, Inv. Date: 09/18/2007 | -9.46 | .49 |
| 09/19/07 | Mail Room | 01 MO/Checks (Not Held) | 262262 | 56694859716 | Hearn, Roger | 25.00 | 25.49 |
| 09/24/07 | Point of Sale | 60 Commissary | 267703 | 253762 | Commissary | -14.95 | 10.54 |
| 09/28/07 | Disbursements | 73 Court Ordered Fees | 271320 | Chk #64576 | 0009657, Clerk-Peoria Central, Inv. Date: 09/18/2007 | -9.82 | .72 |
| 09/28/07 | Mail Room | 01 MO/Checks (Not Held) | 271225 | TR63207 | Hearn, E | 50.00 | 50.72 |
| 10/02/07 | Point of Sale | 60 Commissary | 275731 | 254587 | Commissary | -40.17 | 10.55 |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278120 | | P/R month of 09/2007 | 8.00 | 18.55 |
| 10/12/07 | Point of Sale | 60 Commissary | 285767 | 255646 | Commissary | -10.67 | 7.88 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520134, DOC - Library Copies, Inv. Date: 10/11/2007 | -4.70 | 3.18 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 520429, DOC - Library Copies, Inv. Date: 10/15/2007 | -.40 | 2.78 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 519252, Pitney Bowes Bank, Inc, Inv. Date: 10/01/2007 | -.49 | 2.29 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 517962, Pitney Bowes Bank, Inc, Inv. Date: 09/17/2007 | -.49 | 1.80 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 520336, Pitney Bowes Bank, Inc, Inv. Date: 10/15/2007 | -.49 | 1.31 |
| 10/26/07 | Mail Room | 01 MO/Checks (Not Held) | 299262 | 63244 | Hearn, Elizabeth | 50.00 | 51.31 |
| 10/29/07 | Point of Sale | 60 Commissary | 302731 | 256959 | Commissary | -49.59 | 1.72 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 1.72 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .05 |
| **Funds Available:** | 1.67 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Date: 10/31/2007
1:07-cv-01293-HAB-JAG    # 2    Page 6 of 6
Time:    9:06am
d_list_inmate_trans_statement_composite

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 3

REPORT CRITERIA  -  Date: 04/30/2007 thru End;    Inmate: B82910;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B82910 Hearn, Michael G.**                          **Housing Unit: PON-SP-08-23**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/25/2007 | 521255 | Disb | Library | 2 DOC: 523 Fund Library | $0.05 |
| | | | | **Total Restrictions:** | **$0.05** |