# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Micheal Hearn v. Cletus Shaw, et al. | CASE NO. 07-1293 | Beginning Date of Hearing: 12/4/07 at 9:45 AM (CST) | Type of Hearing: Merit Review Hearing  Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Micheal Hearn | B82910 | Pontiac Corr Center | 12/4/2007 | 9:45 AM |
|  |  |  |  |  |
| Judge Harold A. Baker | n/a | Urbana, Federal Courthouse | 12/4/2007 | 9:45 AM |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   November 2, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  ___/s/ R. Knox_____
          DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:**  
Warden, Pontiac Correctional Center  
815/842-3051  
Urbana Video Clerk, 217/373-5834

**Date:** November 2, 2007

**Pages:** 2, including this cover sheet.

**From:** Rhonda

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS:

    Wardens:

        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
Fax: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | November 2, 2007 |
| **Fax #:** | 217/522-3568 | **Pages:** | 2, including this cover sheet. |
| **From:** | Rhonda | | |
| **Subject:** | Scheduling of Video Conferencing Equipment | | |

COMMENTS:   This is for 07-1293

    IDOC, Video Scheduler:

        Please schedule the video time as indicated.  THIS IS A MULTI-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

    *Confirmation needed*