UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHEAL HEARN, pro se, )
               Plaintiff, )
)
)
)
-vs- ) Case No. 07-1293
)
)
)
CLETUS SHAW, et al., )

## MOTION FOR APPOINTMENT OF CLASS COUNSEL

**NOW COMES** Plaintiff Micheal Hearn, pro se state prisoner, and respectfully move this Honorable Court pursuant to Rule 23(c)(1)(B) and (g)(1)(A) of the Federal Rules of Civil Procedure, for an Order appointing class counsel. In support thereof, plaintiff states as follows:

**Grounds for motion**

1. Plaintiff believes and assert that the instant motion for appointment of class counsel should be granted because:

    (a) he is unable to afford the services of an attorney and has already have been granted leave to proceed in forma pauperis, in particular, where his previously filed application to proceed in forma pauperis is true and correct representation of my current financial status;

    (b) he is not currently represented (and have not been represented previously) by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court;

    (c) since absent class members are bound by a judgment whether for or against the class, they are entitled at least to the assurance of competent representation afforded by licensed counsel, and therefore if this Court grant the motion for class certification filed simultaneously herewith, this

Court must appoint class counsel under (c)(1)(B) and (g)(1)(A) of Rule 23 of the Federal Rules of Civil Procedure.

Date: 12-18-2007.

Respectfully submitted,

/s/ M. G. Hearn
MICHEAL HEARN
REG. NO. B-82910,

PONTIAC CORRECTIONAL CENTER,
P.O. BOX 99/700 W. LINCOLN AVE.,
PONTIAC, ILLINOIS 61764.