# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Michael Hearn** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| **vs** ) | |
| ) | **CASE NO. 07-1293** |
| **Shaw, et al.** ) | |
| Defendant ) | |

**TO:  THE WARDEN of** Pontiac Correctional Center, at Pontiac, IL.

**WE COMMAND** that you produce the body of **Michael Hearn**, Register No. **B82910**, in your custody at Pontiac Correctional Center before the United States District Court at the video conference site at STATEVILLE Correctional Center, Joliet, IL, on **4/21/08, at 1:30 p.m. (NOTE:  All inmates must arrive at least one-half hour prior to the beginning of the hearing.)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED:  March 13, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY:  __s/M. Leininger_____
Deputy Clerk