# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME:<br><br>Micheal Hearn, B82910<br>   v.<br>Shaw, et al. | CASE NO.<br><br>07-1293 | Beginning Date of Hearing:<br>4/21/08, at 1:30 p.m. | Type of Hearing: Rule 16<br>Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF Stateville Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Michael Hearn | B82910 | Pontiac - go to Stateville Cor Ctr | 4/21/08 | 1:30 p.m. |
| Judge Harold A. Baker | N/A | Urbana Federal Courthouse | 4/21/08 | 1:30 p.m. |
| Jacob H Smith, Asst Atty Gen | N/A | Concordia | 4/21/08 | 1:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: March 13, 2008**

Pamela E. Robinson, CLERK
**UNITED STATES DISTRICT COURT**

BY:  **s/M. Leininger**_____
        DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98