IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL HEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1293 |
| | ) | |
| CLETUS SHAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO COMPEL DISCOVERY**

NOW COME the Defendants, EDDIE JONES, CLETUS SHAW, and ROGER E. WALKER, JR., by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby move to compel Plaintiff to respond to Defendants' discovery requests pursuant to Federal Rule of Civil Procedure 37. The Defendants state as follows:

1.   On April 11, 2008, the undersigned served Plaintiff with contention interrogatories on behalf of Defendants. Those interrogatories contained a limited number of questions intended to clarify Plaintiff's specific claims against Defendants and to allow Defendants to properly form a defense. (See attached Exhibit A).

2.   On or about April 21, 2008, Plaintiff sent his responses to Defendants' first interrogatories. (See attached Exhibit B). Plaintiff objected to each interrogatory stating that either the Defendants should know the answer or that he does not need to specify his complaints due to notice pleading.

3.   Defendants' interrogatories are an important aspect of discovery. The interrogatories seek clarification of Plaintiff's claims as well as the factual and evidentiary

1

basis for those claims.  Plaintiff filed the case.  Presumably, he knows what his claims are and what evidence supports them.

4.     Given the lack of specific factual allegations regarding the Defendants in Plaintiff's Complaint, Defendants are unable to adequately prepare any defense to Plaintiff's claims.

5.     Furthermore, Defendants seek answers to these interrogatories in order to properly prepare for Plaintiff's deposition if it is required.

6.     Therefore, Defendants request that Plaintiff be compelled to provide a response to Defendants' interrogatories so that Defendants can properly proceed in this action.

WHEREFORE, Defendants, EDDIE JONES, CLETUS SHAW, and ROGER E. WALKER, JR., respectfully request that this Honorable Court grant their motion to compel Plaintiff to respond to Defendants' discovery requests pursuant to Federal Rule of Civil Procedure 37.

> Respectfully submitted,
>
> EDDIE JONES, CLETUS SHAW,
> and ROGER E. WALKER, JR.,
>     Defendants,
> LISA MADIGAN, Attorney General
> State of Illinois,
>     Attorney for Defendants,
>
> By:   s/Jacob H. Smith
>     Jacob H. Smith, #6290790
>     Attorney for Defendants
>     Office of the Attorney General
>     500 South Second Street
>     Springfield, IL  62706
>     Telephone:  (217) 782-9014
>     Facsimile:  (217) 524-5091

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL HEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1293 |
| | ) | |
| CLETUS SHAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Certificate of Service

I hereby certify that on April 28, 2008, I electronically filed a Motion to Compel Discovery with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on April 28, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Hearn, #B-82910
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

s/Jacob H. Smith
Jacob H. Smith, #6290790
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
jsmith@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL HEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-1293 |
| | ) | |
| CLETUS SHAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF

The plaintiff, MICHAEL HEARN, #B-82910, is hereby notified to answer the following interrogatories separately and fully in writing, under oath and within thirty (30) days after service of these interrogatories, all in accordance with Federal Rule of Civil Procedure 33. These interrogatories may be answered in the space provided.

1. State with specificity all claims made against Defendant Cletus Shaw.

    (a) For each claim, state the specific legal basis, theory or statute upon which you rely for recovery.

    (b) For each claim, state the specific actions or inactions of Defendant Shaw relied upon to establish the claim.

    (c) For each claim, state the damages or injuries you suffered as a result of the Defendant's alleged actions.

    (d) For each of the above answers, what evidence do you have to support your claims?

**RESPONSE:**



2. State with specificity all claims made against Defendant Eddie Jones.

   (a) For each claim, state the specific legal basis, theory or statute upon which you rely for recovery.

   (b) For each claim, state the specific actions or inactions of Defendant Jones relied upon to establish the claim.

   (c) For each claim, state the damages or injuries you suffered as a result of the Defendant's alleged actions.

   (d) For each of the above answers, what evidence do you have to support your claims?

   **RESPONSE:**

3. State with specificity all claims made against Defendant Roger E. Walker.

   (a) For each claim, state the specific legal basis, theory or statute upon which you rely for recovery.

   (b) For each claim, state the specific actions or inactions of Defendant Walker relied upon to establish the claim.

   (c) For each claim, state the damages or injuries you suffered as a result of the Defendant's alleged actions.

   (d) For each of the above answers, what evidence do you have to support your claims?

      **RESPONSE:**

4. How long are you allowed for recreation/yard privileges?

      **RESPONSE:**

5. How often are you allowed to go to recreation/yard in a given week?

      **RESPONSE:**

6. Is recreation or yard at the same time every day?

      **RESPONSE:**

7. Can you refuse yard or recreation?

      **RESPONSE:**

      Respectfully submitted,

      EDDIE JONES, CLETUS SHAW,
      and ROGER E. WALKER, JR.,

      Defendants,

      LISA MADIGAN, Attorney General,
      State of Illinois,

      Attorney for Defendants,

Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street       By s/Jacob H. Smith
Springfield, IL 62706
(217) 782-9014
      Assistant Attorney General

## CERTIFICATE OF SERVICE

     Jacob H. Smith, Assistant Attorney General, hereby certifies that he has served a copy of the foregoing Defendants' First Set of Interrogatories to Plaintiff upon:

Michael Hearn, #B-82910
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

by causing a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States Mail in Springfield, Illinois on April 11, 2008.

                              s/Jacob H. Smith

                              Jacob H. Smith
                              Assistant Attorney General

Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 782-9014

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHEAL HEARN,
      Plaintiff,

vs.                          Case No. 07-1293

CLETUS SHAW, et al.,
      Defendant(s).

## ANSWER TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

NOW COMES Plaintiff Micheal Hearn, pro se (hereinafter, the "Plaintiff"), and answer the following interrogatories separately and fully in writing, under oath, all in accordance with Federal Rule of Civil Procedure 33.

1. State with specificity all claims made against Defendant Cletus Shaw: I affirmatively object to this paragraph and subparagraphs (a) thru (d) on the basis that the "specificity" criteria and standard of pleading under Rule 9(b) of the Federal Rule of Civil Procedure is not applicable, but rather the notice pleading standard under Rule 8(a) of the Federal Rule of Civil Procedure.

2. State with specificity all claims made against Defendant Eddie Jones: I affirmatively object to this paragraph and subparagraphs (a) thru (d) on the same basis as relied on in paragraph 1.

3. State with specificity all claims made against Defendant Roger E. Walker: I affirmatively object to this paragraph and subparagraphs (a) thru (d) on the same basis as relied on in paragraphs 1 thru 2.

4. How long are you allowed for recreation/yard privileges(?): I affirmatively object to this paragraph on the basis that said question contains a conclusionary statement, and on the basis it was intended to cause an unreasonable delay or obstrution to the discovery process, in particular, where Defendant Jones admits that the "yard time is two hours" in paragraph 5 of his Answer to the

DEFENDANT'S EXHIBIT B

Plaintiff's complaint.

5. How often are you allowed to go to recreation/yard in a given week(?): I affirmatively object to this paragraph on the basis that such answer is well within the Defendants' personal knowledge.

6. Is recreation or yard at the same time every day(?): I affirmatively object to this paragraph on the basis that the manner and extent yard is provided is well within the Defendants' personal knowledge.

7. Can you refuse yard or recreation(?): I affirmatively object to this paragraph on the basis that such answer is well within the Defendants' personal knowledge.

s/Michael Hearn

Date: 04-21-2008.

MICHEAL HEARN,
B-82910,

PONTIAC CORRECTIONAL CENTER,
700 W. LINCOLN AVE.,
PONTIAC, ILLINOIS 61764.

## VERIFICATION

I state under the penalty of perjury that foregoing is true and correct to the best of my knowledge, except those matter based on information and belief.

s/Michael Hearn

IN THE
_United States District Court For the_
_Central District of Illinois, Peoria Division_

_Michael Hearn_
Plaintiff/Petitioner                )
                                    )
                                    )
            Vs.                     )        No. _C7-1293_
                                    )
_Cletus Shaw et. al._               )
Defendant/Respondent                )
                                    )

PROOF/CERTIFICATE OF SERVICE

TO: _Jacob H. Smith_           TO: _____
_Assistant Attorney General_        _____
_500 S. Second Street_              _____
_Springfield, IL 62706_             _____

   PLEASE TAKE NOTICE that on _April 21st_, 200_8_, I placed the documents listed below in the institutional mail at _Pontiac_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: _4/21/08_

s/Michael G. Hearn
/s/ _____
Name: _Michael G. Hearn_
IDOC No. _B82910_
_Pontiac_ Correctional Ctr.
POB _99_
_Pontiac_, IL _61764_