E-FILED
Wednesday, 07 May, 2008  04:08:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHAEL HEARN,  )
    Plaintiff,  )
      )
      )
vs.  )   No. 07-1293
      )
CLETUS SHAW, et al.,  )
    Defendant(s).  )

## MOTION TO STRIKE

NOW COMES Plaintiff Michael Hearn, pro se (hereinafter, the "Plaintiff" or "Movant"), and respectfully moves this Honorable Court pursuant to Rule 12(f) of the Federal Rules of Civil Procedures, for an ORDER striking the Defendant's motion to compel because of redundancy and scandalous statements therein. In support thereof, the plaintiff states as follows:

1. On or about April 30, 2008 defendant(s) in the above captioned cause filed a motion to compel before this Court because of plaintiff's objections to the defendants' interrogatories.

2. Plaintiff believes and asserts that the defendants' motion to compel should be striken because:

    (a) Such motion contains scandalous statements, in particular, where said motion materially omit the fact that one of the grounds the plaintiff objected on was that the defendants' interrogatories was in bad faith by asking him the length of the yard period when the defendants have already admitted that it was 2 hours in their answer to the plaintiff's complaint;

    (b) Such motion seeks to encourage redundancy based on the reasons set forth above in subparagraph (a);

    (c) Such motion contains scandalous statements, in particular, where

defendants' are claiming that the plaintiff's complaint is not clear enough and the defendants are not unable to adequately prepare any defense, when in fact, the defendants have filed several answer to the same complaint that is <u>now</u> claimed to be unclear, despite the fact that the defendants previously asserted forceful defenses thereto;

(d)  Such motion is scandalous, in particular, where the defendants supposes that the answers they're seeking in their motion to compel may be material "if" plaintiff's deposition is required;

(e)  Such motion is scandalous, in particular, where the defendants have not made any showing that they have exercised a reasonable amount of due diligence to procure the information before filing a motion to compel nor could the defendants make such a showing because the vast majority of the defendants' interrogatories related to the manner and extent recreational yard is provided which is well within the defendants' personal knowledge and affirmative duties to know.

**WHEREFORE**, Plaintiff respectfully request that this Honorable Court grant the instant motion to strike the defendants' motion to compel.

Respectfully submitted,

/s/ Michael Hearn
MICHAEL HEARN, PRO SE,

PONTIAC CORRECTIONAL CENTER, UNDER THE REGISTRY NUMBER B-82910

700 W. LINCOLN AVE.,
PONTIAC, ILLINOIS
61764.

## AFFIDAVIT

I swear under the penalty of perjury as provided by the Law (q.v.) that the foregoing is true and correct, except for matters based on information and belief.

DATE May 3, 2008.

/s/ Michael Hearn
Affiant