E-FILED
Tuesday, 08 July, 2008  11:31:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHEAL HEARN, pro se, )
             Plantiff,  )
                             )
-vs-                       ) Case No. 07-1293
                             )
CLETUS SHAW, et al.,      )
             Defendant(s))

## MOTION TO STAY PROCEEDINGS

    NOW COMES Plaintiff Michael Hearn, pro se (hereinafter, the "Plaintiff"), and respectfully requests that this Honorable Court stay the instant proceedings while the parties attempt to negotiate an out of court settlement. In support thereof, the Plaintiff states as follows:

    1. Plaintiff has expressed his desire to the defendants that he wishes to pursue an out of court settlement in the instant action. Accordingly, Plaintiff seeks to stay any disposition in the instant action to avoid any interference of the negotiation between the parties.

    2. Plaintiff specifically seeks to stay the disposition on the motion for partial summary judgement filed herein because such a disposition is an appealable order and may result in further delay.

    3. I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

/s/ *Michael Hearn*
Michael Hearn (B-82910)

Pontiac Correctional Center,
P.O.Box 99/700 W. Lincoln
Pontiac, IL. 61764.