E-FILED
Tuesday, 08 July, 2008 11:35:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHAEL HEARN, pro se, )
        Plaintiff, )
 )
 )
 )
-vs- ) Case No. 07-1293
 )
 )
 )
CLETUS SHAW, et al., )
        Defendant(s). )

## MOTION FOR APPOINTMENT OF COUNSEL

**NOW COMES** Plaintiff MICHAEL HEARN, pro se (hereinafter, the "Plaintiff"), and respectfully moves this Honorable Court for the appointment of counsel under a contingent fee payment plan. In support thereof, the Plaintiff states as follows:

1. That the instant motion for appointment of counsel should be appointed because:

    (a) Plaintiff is indigent as demostrated in his motion to proceed in forma pauperis filed before this Court;

    (b) Plaintiff has expressed his desire to reach an out of court settlement with the Defendants, but he lack the necessary experience and legal knowledge to adequately negotiate a settlement, especially where the art of negotiating is complex in nature and he would be substantially prejudiced without the assistance of a trained attorney;

    (c) Plaintiff has made several attempts to procure the services of an attorney, by and through, sending letters, but all to no avail (See A copy of a rejection letter from the Center For Constitutional Rights is attached, marked Exhibit A, and incorporated by reference;

    (d) The ends of justice would best be served by an appointment of counsel.

2. I declare under the penalty of perjury that the foregoing is true and correct.

                                               **Respectfully submitted,**

/s/ *Michael Hearn*
Michael Hearn (B-82910)

PONTIAC CORRECTIONAL
CENTER,
P.O.Box 99/700 W. Linclon
PONTIAC, IL 61764

EXHIBIT A

# centerforconstitutionalrights

666 broadway new york, ny 10012
t 212 614 6464 f 212 614 6499 www.ccr-ny.org

Dear Friend,

Thank you for your letter. The Center for Constitutional Rights is a non-profit legal and educational organization dedicated to advancing and protecting the rights guaranteed by the United States Constitution and the Universal Declaration of Human Rights. Most of our cases are large class-action law suits designed to challenge government or corporate misconduct that affects large numbers of people.

Although we can't represent you, we are happy to be able to provide you with the enclosed Jailhouse Lawyer's Handbook to aid you in case you decide to file a law suit yourself, challenging your treatment. We hope that you find it to be both a solid, informative resource, and an accessible introduction on filing Section 1983 suits, your constitutional rights in prison, and legal research in general. It is a free publication, to be copied and shared with fellow prisoners, family members and friends. Knowledge is power, and we hope you let others know about the Handbook. If you know people on the outside who are interested in obtaining a copy, they can download one from www.jailhouselaw.org or www.ccr-ny.org.

While we do not currently offer a newsletter or an extensive collection of other resources, there are additional materials that we can offer you. This includes the United States Constitution, the Universal Declaration of Human Rights.

As you start reading the handbook, please pay special attention to pages 36 and 37, in chapter A. These sections lay out very important information about statutes of limitation and exhaustion of the prison grievance system – if you don't comply with these requirements, you may lose your chance to sue about unfair treatment.   Good Luck!

Sincerely,

Center for Constitutional Rights

EXHIBIT A

