E-FILED
Tuesday, 22 July, 2008  10:57:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHAEL HEARN, pro se,  )
          Plaintiff,  )
            )
-vs-  ) Case No. 07-1293
            )
CLETUS SHAW, et al.,  )
          Defendant(s).  )

### PLAINTIFF'S MOTION FOR SPECIAL ORDER STAYING DEPOSITION

**NOW COMES** Plaintiff MICHAEL HEARN, pro se (hereinafter, the "PLAINTIFF"), and respectfully requests that this Honorable Court to stay the scheduled deposition of the Plaintiff in light of his motion for appointment of counsel and states as follows:

1. On or about July 16, 2008, attorney for the defendants in this instant cause of action mailed the plaintiff a "NOTICE OF DEPOSITION" informing the plaintiff that he would be deposed on July 23, 2008, at his place of incarceration, Pontiac Correctional Center. (See Exhibit A).

2. As this Honorable Court is well aware the Plaintiff filed on July 7, 2008, one of two motions, that being a "MOTION FOR APPOINTMENT OF COUNSEL" expressing that the Plaintiff is seeking to possible settle this cause and because of the complex nature of negotiating he requested the assistance of counsel.

3. Plaintiff holds that he would be substantially prejudiced in his curent negotiation attempt if he is allowed to be deposed by the defendants' counsel and would move this Honorable Court to stay the scheduled deposition until this Court ruleson his "MOTION FOR APPOINTMENT OF COUNSEL".

4. I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *Micheal Hearn*
MICHEAL HEARN Reg.No.B82910
PONTIAC CORRECTIONAL CENTER
P.O. BOX 99/700 W. Lincoln
PONTIAC, IL 61764

**EXHIBIT A**
**1&2**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MICHAEL HEARN, )
)
      Plaintiff, )
)
v. ) No. 07-1293
)
CLETUS SHAW, et al., )
)
      Defendants. )

### NOTICE OF DEPOSITION

TO:   Michael Hearn, #B-82910, Pontiac Correctional Center, 700 W. Lincoln, P.O. Box 99, Pontiac, IL 61764

TO BE DEPOSED:   Michael Hearn, #B-82910

PLACE: Pontiac Correctional Center, Pontiac, IL

DATE and TIME:   Wednesday, July 23, 2007, 11:00 a.m.

    PLEASE TAKE NOTICE that the deposition of the above-named witness will be taken under oath at the above time and place, and in accordance with applicable Federal Rules of Civil Procedure.

                                         Respectfully submitted,

                                         EDDIE JONES, CLETUS SHAW,
                                         and ROGER E. WALKER, JR.,

                                         Defendants,

                                         LISA MADIGAN, Attorney General,
                                         State of Illinois,

Jacob H. Smith, #6290790                Attorney for Defendants,
Assistant Attorney General
500 South Second Street                  By: _____
Springfield, IL 62706                        JACOB H. SMITH
(217)782-5819                                      Assistant Attorney General

                                                                                  EXHIBIT A.1

## CERTIFICATE OF SERVICE

Jacob H. Smith, Assistant Attorney General, hereby certifies that he has served a copy of the foregoing Notice of Deposition upon:

Michael Hearn, #B-82910
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

by causing a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States Mail in Springfield, Illinois on July 16, 2008.

_____
Jacob H. Smith
Assistant Attorney General

Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217)782-5819

EXHIBIT A.2