E-FILED
Friday, 29 August, 2008 04:18:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL HEARN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07-1293 |
| CLETUS SHAW, et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, ROGER E. WALKER, JR., EDDIE JONES, and CLETUS SHAW, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), move this Honorable Court to enter summary judgment in favor of the Defendants. In support thereof, Defendants state as follows:

1. The Plaintiff has failed to prove an Eighth Amendment violation as to Plaintiff's use of an outdoor toilet on one incident.

2. Plaintiff has failed to prove an Eighth Amendment violation as to Plaintiff's right to exercise.

3. Defendants Walker and Jones were not personally involved in the alleged incident.

4. Defendants are entitled to qualified immunity.

5. Defendants are entitled to sovereign immunity.

6. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court enter summary judgment in their favor and against Plaintiff.

Respectfully submitted,

ROGER E. WALKER, JR., EDDIE JONES, and CLETUS SHAW,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois,

Attorney for Defendants,

Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-5819

By: s/Jacob H. Smith
    Jacob H. Smith
    Assistant Attorney General

Of Counsel.

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2008, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    none

and I hereby certify that on August 29, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

    Michael Hearn, #B-82910
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764

    Respectfully submitted,

By: s/Jacob H. Smith
    Jacob H. Smith
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
    Phone:  (217) 782-9014
    Fax:  (217) 524-5091
    jsmith@atg.state.il.us
    #6290790